# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS URQUILLA,

    Petitioner,

  v.

J. CAVAGNOLO,

    Respondent.

Case No. 2:25-cv-04457-SVW-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

Dated: February 11, 2026

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE