JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS URQUILLA,<br><br>      Petitioner,<br><br>    v.<br><br>J. CAVAGNOLO,<br><br>      Respondent. | Case No. 2:25-cv-04457-SVW-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: February 11, 2026

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE